MEMORANDUM OPINION




No. 04-03-00734-CR



Adrian A. WINTERS,


Appellant



v.



The STATE of Texas,


Appellee



From the 227th Judicial District Court, Bexar County, Texas


Trial Court No. 2002-CR-7020


Honorable Philip A. Kazen, Jr., Judge Presiding



PER CURIAM


Sitting: Sarah B. Duncan, Justice

 Karen Angelini, Justice

 Sandee Bryan Marion, Justice


Delivered and Filed: December 10, 2003


MOTION TO DISMISS GRANTED; DISMISSED

 Appellant filed a motion to dismiss his appeal. The motion is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

Do not publish